# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| MICHAEL A. KITCHEN, <br> LISA CHARLENE HONEYCUTT, <br><br> Plaintiffs, <br><br> vs. <br><br> SHAWN MILLER, JASON PAGE, CHAD FARMER, AARON WHITMIRE, GREG HOLDEN, BARRY GALLOWAY, PHIL HARRIS, CITY OF BREVARD N.C., DAVID MAHONEY, TRANSYLVANIA COUNTY N.C., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | JUDGMENT IN CASE <br><br><br> 1:14-cv-00122-MR-DLH |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 29, 2016 Memorandum of Decision and Order.

December 29, 2016

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court